**2009–1345.   State v. Matthews.**
Mahoning App. No. 08–MA–49, 2009-Ohio-3254.
   MOYER, C.J., and CUPP, J., dissent and would accept the appeal on Proposition of Law No. I.

**2009–1348.   State v. Smith.**
Hamilton App. No. C–080607, 2009-Ohio-3258.

**2009–1352.   State v. Jordan.**
Cuyahoga App. No. 91869, 2009-Ohio-3078.

**2009–1358.   Avila v. Cincinnati.**
Hamilton App. No. C–080837, 2009-Ohio-2734.

**2009–1362.   Walsh v. Mayfield.**
Cuyahoga App. No. 92309, 2009-Ohio-2377.

**2009–1365.   State v. Franklin.**
Summit App. No. 22771.

**2009–1371.   State v. Gibson.**
Butler App. No. CA2009–01–007.

**2009–1372.   State v. Johnson.**
Mahoning App. No. 08–MA–118, 2009-Ohio-2959.

**2009–1374.   State v. Johnson.**
Franklin App. No. 08AP–652, 2009-Ohio-3383.

**2009–1383.   State v. Hudson.**
Cuyahoga App. No. 89588, 2009-Ohio-3069.
   MOYER, C.J., dissents.

**2009–1389.   Hartman v. Ohio Dept. of Transp.**
Franklin App. No. 08AP–599, 2009-Ohio-469.

**2009–1391.   State v. Cook.**
Franklin App. Nos. 09AP–144 and 09AP–145, 2009-Ohio-2858.

**2009–1398.   State v. Couch.**
Hamilton App. No. C–080636.

**2009–1399.   State v. Patel.**
Summit App. No. 24645, 2009-Ohio-3184.

**2009–1401.   State v. Parker.**
Stark App. No. 2008CA00223.

**2009–1402.   State v. Minifee.**
Cuyahoga App. No. 91017, 2009-Ohio-3089.

**2009–1404.   State v. Degaro.**
Butler App. No. CA2008–09–227, 2009-Ohio-2966.

**2009–1411.   State v. Braxton.**
Cuyahoga App. No. 91881, 2009-Ohio-2724.

**2009–1421.   State v. Smith.**
Franklin App. No. 09AP–46, 2009-Ohio-3244.

**2009–1435.   State v. Thomas.**
Lucas App. No. L–06–1331.

**2009–1514.   State v. Strickland.**
Hamilton App. No. C–080120.